```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


                                   )
CHE BLAKE SOSA,                    )
        Plaintiff,                 )
                                   )
        v.                         )   Civil Action No.
                                   )   18-cv-12223-NMG
MASSACHUSETTS DEPARTMENT OF        )
CORRECTION, et al.,                )
        Defendants.                )
                                   )
```

## ORDER

**GORTON, J.**

Pro se litigant Che Blake Sosa, who is incarcerated at MCI Cedar Junction, brings this action under 42 U.S.C. § 1983 ("§ 1983") in which he complains of certain conditions of confinement. At the time he filed the complaint [ECF #1], he also filed motions for leave to proceed in forma pauperis and for the appointment of pro bono counsel. He later filed a motion for a preliminary injunction to require correction officers to use waist chains when moving him instead of knuckle-to-knuckle restraints cuffed behind his back.

Sosa names the Massachusetts Department of Correction ("DOC") and 33 past and present DOC officials, correction officers, and medical providers. The complaint is in three counts. Count One is a claim for violations of the Eighth Amendment's prohibition against cruel and unusual punishment.

See Compl. ¶¶ 177-189.  Count Two is a claim for violations of Article I of the Massachusetts Declaration of Rights.  See id. ¶¶ 190-194.  Count Three is a claim under the Americans With Disabilities Act.  See id. ¶¶ 195-215.  Sosa filed over three-hundred pages of exhibits with his fifty-two-page typewritten complaint.

The Court has not completed its mandated review of the lengthy complaint and exhibits, see 28 U.S.C. § 1915A, and it does have concerns regarding the timeliness of the claims against certain defendants and the sufficiency of the factual allegations concerning the individual defendants.  However, in light of the plaintiff's motion for preliminary injunctive relief, the Court finds it in the interests of justice to order that a summons issue as to the DOC so it may respond to Count III of the complaint and the motion for a preliminary injunction.

Accordingly, the Court hereby orders:

1. The motion for leave to proceed in forma pauperis is ALLOWED.  Pursuant to 28 U.S.C. § 1915(b)(1), the Court assesses an initial partial filing fee of $6.04.  The remainder of the fee, $343.96, shall be collected in accordance with 28 U.S.C. § 1915(b)(2).  The Clerk shall send a copy of this order to the treasurer of MCI Cedar Junction or other institution having custody of the plaintiff.

2. The Clerk shall issue a summons as to the Massachusetts Department of Correction. Sosa is responsible for serving the summons, complaint, motion for a preliminary injunction, and this order on the Massachusetts Department of Correction in compliance with Rule 4 of the Federal Rules of Civil Procedure and Local Rule 4.1.

3. Sosa must complete the aforesaid service within 90 days of the date of this order. Failure to complete service in a timely fashion may result in dismissal of the Massachusetts Department of Correction as a party to this action without further notice from the Court. <u>See</u> Fed. R. Civ. P. 4(m); Local Rule 4.1.

4. Unless otherwise ordered by the Court, the Massachusetts Department of Correction is not required to respond to Counts One and Two of the complaint. The Massachusetts Department of Correction is required to respond to Count III of the complaint and the motion for a preliminary injunction.

5. The motion for appointment of counsel is DENIED WITHOUT PREJUDICE.

**So ordered.**

                                              /s/ Nathaniel M. Gorton
                                              Nathaniel M. Gorton
                                              United States District Judge

Dated: 5/7/2019