UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CHE BLAKE SOSA,<br>      Plaintiff<br><br>v.<br><br>MASSACHUSETTS DEPARTMENT OF<br>      CORRECTION, et al.,<br>      Defendant | Civil Action No. 1:18-CV-12223-NMG |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Che Blake Sosa, in the above named case, hereby appeals to the United States Court of Appeals for the First Circuit from the following:

1. Memorandum and Order (ECF 92) Denying Plaintiff's Motion for Preliminary Injunction.

Respectfully Submitted,
CHE BLAKE SOSA
By His Attorneys,

/s/ Jeffrey Wiesner
Jeffrey Wiesner, BBO No. 655814
Jennifer McKinnon, BBO No. 657758
Wiesner McKinnon LLP
90 Canal Street
Boston, MA 02114
Tel.: (617) 303-3940
Fax: (617) 507-7976
Email: jwiesner@jwjmlaw.com
Email: jmckinnon@jwjmlaw.com

October 30, 2020